United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SVEN ERIC SAMPSON, ) | |
| ) | CIVIL NO. C09-5329-FDB-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE OPENING BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before October 22, 2009, Defendant's Answering Brief shall be filed on or before November 19, 2009, Plaintiff's Reply Brief shall be filed on or before December 7, 2009, and oral argument shall be requested by December 14, 2009.

DATED this 24th day of September, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [C09-5329-FDB-JRC]
- 1