United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SVEN ERIC SAMPSON, | ) |
|           Plaintiff, | ) CIVIL NO. C09-5329-FDB-JRC |
| vs. | ) ORDER FOR EXTENSION OF TIME ) TO FILE OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
|           Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before November 5, 2009, Defendant's Answering Brief shall be filed on or before December 3, 2009, Plaintiff's Reply Brief shall be filed on or before December 17, 2009, and oral argument shall be requested by December 24, 2009.

DATED this 22nd day of October, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [C09-5329-FDB-JRC] - 1