IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SVEN E. SAMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 3:09-CV-5329-FDB-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 19, 2010, to file Defendant's responsive brief;
- Plaintiff shall have up to and including February 2, 2010, to file an optional reply brief.
- Oral argument shall be requested by February 9, 2010.

DATED this 3rd day of December 2009.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:09-CV-5329-FDB-JRC]