# United States District Court

WESTERN DISTRICT OF WASHINGTON

SVEN E. SAMPSON,

    JUDGMENT IN A CIVIL CASE

  v.

    CASE NO.C09-5329 RBL

MICHAEL J. ASTRUE, Commissioner of
Social Security,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) The administrative decision is AFFIRMED.

| June 16, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

             *s/ Mary Trent*
             Deputy Clerk